Clerk Form

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WRAP, Calvin Davis,
Antoney Coleman, et al.

Plaintiff(s)

vs.

Mayer Newsom
et al. Defendant(s)

CASE NO. CV 08 4087

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Antoney Coleman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _Before 1994. ~~Boy/lad~~_
3  _Since not working than due to injury_
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.  Business, Profession or           Yes ___  No _X_
8         self employment?
9     b.  Income from stocks, bonds,         Yes ___  No _X_
10        or royalties?
11    c.  Rent payments?                     Yes ___  No _X_
12    d.  Pensions, annuities, or            Yes ___  No _X_
13        life insurance payments?
14    e.  Federal or State welfare payments,  Yes _X_ No ___
15        Social Security or other govern-
16        ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _SSI 878 per month, disability payment_
20 _____

21 3.  Are you married?                      Yes _✓_ No ___
22 Spouse's Full Name: _Jeanette Jules_
23 Spouse's Place of Employment: _N/A_
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ _don't know exactly_ Net $ _but roughly the same SSI payment_
26 4.  a.  List amount you contribute to your spouse's support:$ _0.00_
27    b.  List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2     _none_

3

4   5.   Do you own or are you buying a home?     Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?     Yes ___ No _X_

7   Make _____ Year _____ Model _____

8   Is it financed? Yes ___ No ___ If so, Total due: $_____

9   Monthly Payment: $_____

10   7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _US Bank_

12   _525 Market_

13   Present balance(s): $ _0.00_

14   Do you own any cash? Yes ___ No _X_ Amount: $_____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes ___ No _X_

17

18   8.   What are your monthly expenses? _sometimes $8.50/day_

19   Rent: $ _Shelter N/A_ * _pay for room_ Utilities: _N/A_

20   Food: $ _Food Donations N/A_ Clothing: _N/A_

21   _groceries at open hand_ Charge Accounts:

22   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Account</u>

23   _____ $_____ $_____

24   _____ $_____ $_____

25   _____ $_____ $_____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   _no_

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✗
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  8-25-08                                    Anthony Clemons
12       DATE                                  SIGNATURE OF APPLICANT

- 4 -