1  MELISSA W. KASNITZ (CA Bar No. 162679)
   JULIA PINOVER (CA Bar No. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Fourth Floor
3  Berkeley, California 94704-1204
   Telephone:    (510) 665-8644
4  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
5  Email:        general@dralegal.org

6  DANIEL MASON (CA Bar No. 54065)
   JOSÉ UMBERT (CA Bar No. 227318)
7  ZELLE HOFMANN VOELBEL MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
8  San Francisco, California 94014
   Telephone:    (415) 693-0700
9  Facsimile:    (415) 693-0770

10
   Attorneys for Plaintiffs
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15
   | WESTERN REGIONAL ADVOCACY | Case No. CV 08-4087 |
16 | PROJECT, a nonprofit organization, and | |
   | CALVIN DAVIS, on behalf of himself and all | |
17 | other individuals similarly situated, and | NOTICE OF SUBSTITUTION OF |
   | ANTHONEY COLEMAN, on behalf of | COUNSEL |
18 | himself and all other individuals similarly | |
19 | situated. | |
   | | Date: TBD |
20 | Plaintiffs, | Time: TBD |
   | | Judge.: Hon. Thelton E. Henderson |
21 | v. | |
22 | MAYOR GAVIN NEWSOM, in his official | |
   | capacity, BOARD OF SUPERVISORS OF | |
23 | SAN FRANCISCO COUNTY, in their official | |
   | capacity, | |
24 | | |
25 | Defendants. | |

26
27
28

1  NOTICE IS HEREBY GIVEN that starting on August 27, 2008 and until further notice
2  Sid Wolinsky (State Bar No. 33716) will no longer be counsel of record in this matter.
3  Disability Rights Advocates remains as counsel and substitutes Melissa W. Kasnitz (State Bar
4  No. 162679) in place of Mr. Wolinsky. All legal documents and correspondence on and after
5  August 27, 2008 should be directed to Ms. Kasnitz.

DISABILITY RIGHTS ADVOCATES

DATED: 8/27/08

_____
Julia Pinover

*WRAP, et al. v. Mayor Newsom, et al.* Case No.: CV 08-4087
NOTICE OF SUBSTITUTION OF COUNSEL

1