1  MELISSA KASNITZ (CA Bar No. 33716)
   JULIA PINOVER (CA Bar No. 255088)
2  Disability Rights Advocates
   2001 Center Street, Fourth Floor
3  Berkeley, California 94704-1204
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5  Email:       general@dralegal.org

6  DANIEL MASON (CA Bar No. 54065)
   JOSE UMBERT (CA Bar No. 227318)
7  ZELLE HOFFMANN VOELBEL MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
8  San Francisco, CA 94014
   Telephone:   (415) 693-0700
9  Facsimile:   (415) 693-0770

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, and CALVIN DAVIS, on behalf of himself and all other individuals similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in their official capacity,<br><br>            Defendants. | **Case No.: CV-08-4087**<br><br>**PLAINTIFFS' MOTION TO PROCEED IN FORMA PAUPERIS; [PROPOSED] ORDER**<br><br>Judge: Hon. Thelton E. Henderson<br>Date Filed: August 28, 2008 |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Whereas, the plaintiffs have filed the above captioned case in forma pauperis pursuant to local rule 3-10.

Whereas, Anthony Coleman is a plaintiff in the above entitled case and has submitted an affidavit to the court regarding his limited financial means.

Whereas, Anthony Coleman has sworn under penalty of perjury that he is sufficiently impoverished as to be entitled to proceed with filing this case in forma pauperis.

\\

NOW, THEREFORE, IT IS HEREBY ORDERED THAT PLAINTIFFS' MOTION TO FILE IN FORMA PAUPERIS IS GRANTED.

### **(Proposed) ORDER**

IT IS SO ORDERED.

Dated: _____

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*WRAP, et al. v. Mayor Newsom, et al.* **Case No.: CV-08-4087**
**Motion and [Proposed] Order Granting Plaintiffs Motion to Proceed In Forma Pauperis**

i

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*WRAP, et al. v. Mayor Newsom, et al.* **Case No.: CV-08-4087**
**Motion and [Proposed] Order Granting Plaintiffs Motion to Proceed In Forma Pauperis**

1