IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>MAYOR GAVIN NEWSOM, et al.,<br><br>         Defendants. | NO. C08-4087 TEH<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   09/02/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT