IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al., | No. C 08-4087 MMC |
| Plaintiffs, | **ORDER RE: CASE MANAGEMENT SCHEDULE** |
| v. | |
| MAYOR GAVIN NEWSON, et al., | |
| Defendants. / | |

It appearing to the Court that the above-titled action is not a "Case Asserting Denial of Right of Access," the Scheduling Order filed August 27, 2008, is hereby VACATED. The parties shall comply instead with the "Order Setting Initial Case Management Conference and ADR Deadlines," filed September 10, 2008.

**IT IS SO ORDERED.**

Dated: September 10, 2008

MAXINE M. CHESNEY
United States District Judge