IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. _____/ | No. C-08-4087 MMC <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Before the Court is defendants' "Administrative Motion to Continue Initial Case Management Conference," filed November 3, 2008. Plaintiffs have filed opposition. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

For the reasons stated by defendants, the motion is hereby GRANTED. The Case Management Conference is CONTINUED to January 9, 2009. The parties shall file a Joint Case Management Conference no later than January 2, 2009.

**IT IS SO ORDERED.**

Dated: November 12, 2008



MAXINE M. CHESNEY
United States District Judge