1  SID WOLINSKY (CA Bar No. 33716)
   JULIA PINOVER (CA Bar No. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Fourth Floor
3  Berkeley, California  94704-1204
   Telephone:     (510) 665-8644
4  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716
5  Email:         general@dralegal.org

6  DANIEL MASON (CA Bar No. 54065)
   JOSE UMBERT (CA Bar No. 227318)
7  ZELLE HOFMANN VOELBEL MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
8  San Francisco, California 94014
   Telephone:     (415) 693-0700
9  Facsimile:     (415) 693-0770

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, and CALVIN DAVIS, on behalf of himself and all other individuals similarly situated, and ANTHONEY COLEMAN, on behalf of himself and all other individuals similarly situated.<br><br>            Plaintiffs,<br><br>v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in their official capacity,<br><br>            Defendants. | Case No.: CV 08 4087 MMC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: TBD<br>Time:         TBD<br>Place:        Courtroom 7, 19th Floor<br><br>Trial Date:   Not Set |

Plaintiffs Western Regional Advocacy Project, Calvin Davis, and Anthoney Coleman ("Plaintiffs") hereby oppose Defendants' Request for Judicial Notice in support of their Motion To Dismiss Complaint For Failure To State A Claim.  Defendants request judicial notice of (1) several portions of the San Francisco Administrative Code; (2) all materials concerning Proposition N appearing in the Ballot Pamphlet for the November 2002 General Election; and (3) "California Health and Welfare Agency and Department of Social Services, Food Stamp Manual, Division 63."  Although some of these materials may be *subject* to judicial notice, Plaintiffs oppose the request to the extent Defendants seek to use these materials to contradict the allegations of the Complaint, which must be accepted as true in the context of a motion to dismiss.

A court may take judicial notice of "matters of public record," but may not take judicial notice of a fact that is "subject to reasonable dispute." *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) (citing Fed.R.Evid. 201(b)) (district court improperly took judicial notice of disputed facts stated in public records).  For example, a court may not properly take judicial notice of public documents related to regulations in order to judicially notice disputed facts reflected in those documents, such as whether the adopting authority acted with discriminatory motive in adopting such regulations. *Gallagher v. San Diego Unified Port Dist.*, No. 08-CV-886-IEG-RBB, 2008 WL 4492609 at *1 n.2 (S.D. Cal. Oct. 1, 2008).

As set forth in Plaintiff's Opposition to the Motion To Dismiss, Defendants cannot prevail on their motion by asking the Court to look to the text of administrative regulations, ballot arguments, or any other public records for the purpose of refuting the Complaint's detailed allegations that the manner in which Defendants *implement* these various ordinances, or that the way in which they provide or deny services to homeless persons *in practice*, discriminates against the disabled.  While Defendants accuse Plaintiffs of alleging legal conclusions, Defendants actually request the Court to disregard Plaintiffs' factual allegations and to accept Defendants' bare assertions that Defendants' conduct is mandated by law.  These matters

1  comprise the central disputed *factual* issues that go to the heart of this lawsuit, however. They
2  cannot and should not be resolved on this motion through judicial notice.
3        Plaintiffs respectfully request that the Court deny Defendants' Request for Judicial
4  Notice to the extent it seeks judicial notice of facts contradicted by the allegations of the
5  Complaint.

8  Dated:  November 14, 2008

                         SID WOLINSKY
                         JULIA PINOVER
                         DISABILITY RIGHTS ADVOCATES

                         By: _/s/ Sid Wolinsky____
                              SID WOLINSKY

Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644