1  SIDNEY WOLINSKY (CA Bar No. 33716)
   JULIA PINOVER (CA Bar No. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Fourth Floor
3  Berkeley, California  94704-1204
   Telephone:     (510) 665-8644
4  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716
5  Email:         general@dralegal.org

6  DANIEL MASON (CA Bar No. 54065)
   JOSÉ UMBERT (CA Bar No. 227318)
7  ZELLE HOFMANN VOELBEL MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
8  San Francisco, California 94014
   Telephone:     (415) 693-0700
9  Facsimile:     (415) 693-0770

10
   Attorneys for Plaintiffs
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, and CALVIN DAVIS, on behalf of himself and all other individuals similarly situated, and ANTHONEY COLEMAN, on behalf of himself and all other individuals similarly situated.<br><br>        Plaintiffs,<br><br>v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in their official capacity,<br><br>        Defendants. | Case No. CV 08-4087<br><br>**STIPULATION RE: CONTINUANCE OF HEARING ON 12(B)6 MOTION; [PROPOSED] ORDER**<br><br>**Date:** December 19, 2008<br>**Time:** 9:00 AM<br>**Judge.:**  Hon. Maxine M. Chesney |

Whereas, the parties are scheduled to appear before the Honorable Judge Chesney on December 5, 2008 for a hearing on Defendants' 12(b)6 motion and seek a continuance of the hearing on the 12(b)6 motion before this Court,

The undersigned parties, by and through their counsel of record, hereby request that the Court Order as follows:

1. That the hearing is hereby continued to December 19, 2008 at 9:00 AM;

2. That the briefing schedule will remain the same and not be altered by the change in hearing date.

IT IS SO STIPULATED.

DATED: November 14, 2008                    SAN FRANCISCO CITY ATTORNEY

                                            /s/Christine Van Aken (with permission)
                                            -----------------------------------------
                                            Christine Van Aken
                                            Attorney for Defendants

DATED: November 14, 2008                    DISABILITY RIGHTS ADVOCATES

                                            /s/Julia Pinover
                                            -----------------------------------------
                                            Julia M. Pinover
                                            Attorney for Plaintiffs

                                            ~~(Proposed)~~ ORDER

IT IS SO ORDERED.

Dated: November 18, 2008                    _____
                                            HONORABLE MAXINE M. CHESNEY
                                            U.S. DISTRICT COURT JUDGE

---

*WRAP, et al. v. Mayor Newsom, et al.*  Case No.: CV 08-4087
~~NOTICE OF SUBSTITUTION OF COUNSEL~~

1