1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar # 180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   CHRISTINE VAN AKEN, State Bar #241755
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3800
   Facsimile:    (415) 554-3985
7  E-Mail:       christine.van.aken@sfgov.org

8

9  Attorneys for Defendants
   MAYOR GAVIN NEWSOM, in his official capacity,
   and BOARD OF SUPERVISORS OF
10 SAN FRANCISCO COUNTY, in its official capacity

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 WESTERN REGIONAL ADVOCACY          Case No. CV 08-4087
   PROJECT, a nonprofit organization, and
16 CALVIN DAVIS, on behalf of himself   **STIPULATED REQUEST FOR AN
   and all other individuals similarly situated,   ORDER CHANGING TIME AND
   and ANTHONEY COLEMAN, on behalf   [PROPOSED] ORDER**
17 of himself and all other individuals
   similarly situated,                 **[LOCAL RULE 6-2]**
18
19              Plaintiffs,
20        vs.
21 MAYOR GAVIN NEWSOM, in his
   official capacity, BOARD OF
22 SUPERVISORS OF SAN FRANCISCO
   COUNTY, in its official capacity,
23
                Defendants.
24
25
26
27
28

1       The parties hereby stipulate to the following request to change the time of the initial case

2   management conference in this case:  The parties request that the Court continue the initial case

3   management conference in this matter from January 9, 2009 to January 23, 2009.  The parties further

4   request that the Court extend the parties' deadline to file a joint case management conference

5   statement to January 16, 2009.

6       This request is made for good cause for the reasons stated in the accompanying Declaration of

7   Christine Van Aken.

8

9   So Stipulated:

10

11  Dated: December 19, 2008      By:_____/s/_____

12                      Sid Wolinsky
                        Attorney for Plaintiffs

13                      Western Regional Advocacy Project, Calvin Davis, and
                        Anthoney Coleman

14

15  Dated: December 19, 2008      By:_____/s/_____
                        Christine Van Aken

16                      Attorney for Defendants
                        Mayor Gavin Newsom and San Francisco Board of

17                      Supervisors

18  *THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF
    THIS DOCUMENT HAS BEEN OBTAINED FROM THE OTHER SIGNATORY

19

20                            **~~[PROPOSED]~~ ORDER**

21

22      For good cause shown, the Court continues the Initial Case Management Conference in this

23  matter to January 23, 2009.  The parties shall file a joint case management conference statement by

24  January 16, 2009.

25      IT IS SO ORDERED.

26  DATED:_ December 22, 2008 __          _____
                        HON. MAXINE M. CHESNEY
                        UNITED STATES DISTRICT JUDGE

27

28