SIDNEY WOLINSKY (CA Bar No. 33716)
RONALD ELSBERRY (CA Bar No. 13088)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California  94704-1204
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:               (510) 665-8716
Email:            general@dralegal.org

DANIEL MASON (CA Bar No. 54065)
JOSÉ UMBERT (CA Bar No. 227318)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94014
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

Attorneys for Plaintiffs

DENNIS J. HERRERA, (CA Bar No. 139669)
City Attorney
DANNY CHOU, (CA Bar No. 180240)
Chief of Complex and Special Litigation
JAMES M. EMERY, (CA Bar No. 153630
CHRISTINE VAN AKEN, (CA Bar No. 241755)
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3800
Facsimile: (415) 554-3985
Email: christine.van.aken@sfgov.org

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, and CALVIN DAVIS, on behalf of himself and all other individuals similarly situated, and ANTHONEY COLEMAN, on behalf of himself and all other individuals similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in their official capacity,<br><br>Defendants. | Case No. CV 08-4087<br><br>**STIPULATION AND REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Date:**<br>**Time:**<br>**Judge.:** Hon. Maxine M. Chesney |

1    Whereas, the Court denied Defendants' Motion to Dismiss the complaint for failure to
state a claim on December 19, 2008,

   Whereas, Defendants filed their Answer to the Complaint on January 6, 2009,

   Whereas, the parties believe that it will be most efficient for the Court and the parties for Plaintiffs to clarify their allegations through an Amended Complaint and that it will save unnecessary expenditure of time and resources to postpone the Case Management Conference until after such complaint is filed,

   The undersigned parties, by and through their counsel of record, hereby stipulate to the following and request that the Court order as follows:

1. That Plaintiffs be given leave to file a First Amended Complaint within 10 court days of entry of this Order;

2. That the Case Management Conference, presently scheduled for January 23, 2009 will be continued to March 20, 2009, and the Joint Case Management Conference Statement will be submitted to the Court on March 13, 2009.

3. That Defendants have 30 days to respond to Plaintiffs' First Amended Complaint.

IT IS SO STIPULATED.

DATED: January 07, 2009          SAN FRANCISCO CITY ATTORNEY

                                 /s/Christine Van Aken (with permission)
                                 -----------------------------------------
_____
                                 Christine Van Aken
                                 Attorney for Defendants

DATED: January 07, 2009          DISABILITY RIGHTS ADVOCATES

                                 /s/Sid Wolinsky
                                 -----------------------------------------
                                 Sid Wolinsky
                                 Attorney for Plaintiffs

---

*WRAP, et al. v. Mayor Newsom, et al.*  **Case No.: CV 08-4087**
**STIPULATION AND REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**                   1

~~(Proposed)~~ **ORDER**

IT IS SO ORDERED.

Case Management Conference is ~~set for~~ continued to March 20, 2009 at ~~9:00 A.M.~~ 10:30 a.m.
Case Management Conference Statement shall be filed on March 13, 2009.

Dated: January 8, 2009

_____
HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE