IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4087 MMC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' "Stipulation and Unopposed Request to Extend Deadlines in March 20, 2009 Pretrial Preparation Order," filed July 21, 2009, by which the parties request that all deadlines in the above-referenced order, including the March 8, 2010 trial date, be extended by approximately 45 days.  Having read and considered the stipulation, the Court finds it appropriate to conduct a Case Management Conference to discuss the relief sought.

    Accordingly, the parties are hereby DIRECTED to appear at a Case Management Conference on August 7, 2009 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than Monday, August 3, 2009.

    **IT IS SO ORDERED.**

Dated: July 27, 2009

                                                          MAXINE M. CHESNEY
                                                           United States District Judge