IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTERN REGIONAL ADVOCACY PROJECT, et al.,

    Plaintiffs,

v.

MAYOR GAVIN NEWSOM, et al,

    Defendants.

No. C 08-4087 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**

    Pursuant to Civil Local Rule 72-1, defendant City and County of San Francisco's "Motion to Compel Plaintiffs' Further Responses to Discovery and Disclosures" and "Motion for Sanctions Related to Discovery," each filed September 17, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: September 18, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The October 23, 2009 hearing date before the undersigned is vacated.