| | |
|---|---|
| SID WOLINSKY (CA Bar No. 33716)<br>RONALD ELSBERRY (CA Bar No. 130880)<br>KARLA GILBRIDE (CA Bar No. 264118)<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, Fourth Floor<br>Berkeley, California 94704-1204<br>Telephone:  (510) 665-8644<br>Facsimile:  (510) 665-8511<br>TTY:  (510) 665-8716<br>Email:  general@dralegal.org | DENNIS J. HERRERA (CA Bar No. 139669)<br>City Attorney<br>DANNY CHOU (CA Bar No.180240)<br>Chief of Complex and Special Litigation<br>JAMES M. EMERY (CA Bar No. 153630)<br>CHRISTINE VAN AKEN (CA Bar No. 241755)<br>Deputy City Attorney<br>Fox Plaza, 1390 Market Street, Seventh Floor<br>San Francisco, California 94102-5408<br>Telephone:  (415) 554-3800<br>Facsimile: (415) 554-3985<br>E-Mail:  jim.emery@sfgov.org |

DANIEL MASON (CA Bar No. 54065)
JOSE UMBERT (CA Bar No. 227318)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94014
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
Email:  jumbert@zelle.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, COALITION ON HOMELESSNESS, a nonprofit organization, CALVIN DAVIS, on behalf of himself and all other individuals similarly situated, and LAUREN ALDEN, on behalf of herself and all other individuals similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in their official capacity, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendants. | Case No.: CV 08 4087<br><br>ORDER RE:<br>**STIPULATION AND REQUEST TO VACATE PRETRIAL CALENDAR AND SET DATE FOR PRELIMINARY SETTLEMENT APPROVAL HEARING (PROPOSED ORDER FILED CONCURRENTLY HEREWITH)**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Action Filed: August 27, 2008<br><br>Date set for trial: April 26, 2010 |

Pursuant to the Court's Standing Order No. 6 and Civil Local Rule 7-12, all parties to the above-referenced action, by and through their counsel of record, stipulate and jointly request that the Court vacate all dates listed in the Amended Pretrial Preparation Order filed on August 10, 2009. The basis for this request is that, as reflected in the August 24, 2009 minute order of Magistrate Judge Laporte, the parties have reached a settlement in this case and are no longer preparing for trial.

The parties are presently finalizing their settlement, which must be approved by the San Francisco Board of Supervisors and the Mayor of San Francisco through legislation proceeding through ordinary legislative channels. Because this legislative process is expected to take some time, the parties jointly request that the Court set a date convenient to the Court's calendar on or after January 31, 2010 for a hearing on preliminary approval of the settlement in this case,. In the unlikely event that the settlement process should break down at this late stage, the date chosen by the Court could serve instead as a Further Case Management Conference at which a new pretrial preparation calendar may be established.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: 10/27/09

DISABILITY RIGHTS ADVOCATES

_____
Sid Wolinsky
Attorneys for Plaintiffs

DATED: 10/18/09

CITY ATTORNEY OF SAN FRANCISCO

_____
Attorneys for Defendants

*Western Regional Advocacy Project et al. v. Mayor Gavin Newsom et al.*, Case No. CV 08 4087
**Stipulation and Request to Extend Deadlines in March 20, 2009 Scheduling Order**

1

~~(Proposed)~~ ORDER

Having considered the Stipulation and Request to Vacate Pretrial Calendar and Set Date for Preliminary Settlement Approval Hearing, and good cause appearing:

IT IS HEREBY ORDERED that all dates in the Amended Pretrial Preparation Order filed by this Court on August 10, 2009 are vacated.  IT IS FURTHER ORDERED that the parties shall appear before this Court on February 5, 2010 at 9:00 a.m. for a Preliminary Settlement Approval Hearing, or, should the settlement process be discontinued for any reason, for a Further Case Management Conference.

DATED: November 3, 2009



MAXINE M. CHESNEY
United States District Judge

---

*Western Regional Advocacy Project et al. v. Mayor Gavin Newsom et al.*, Case No. CV 08 4087
**Stipulation and Request to Extend Deadlines in March 20, 2009 Scheduling Order**

2