**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al., | No. C 08-4087 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MAYOR GAVIN NEWSOM, et al, | |
| Defendants. | |
| _____/ | |

Before the Court is the parties' Joint Case Management Conference Statement, filed March 26, 2010, in which the parties request that the Case Management Conference currently scheduled for April 2, 2010 be continued to a date "sometime in May or later" to afford the parties additional time to obtain approval of their proposed settlement by the San Francisco Board of Supervisors.  (See Joint Case Management Statement, filed March 26, 2010 at 2:9-16.)

Good cause appearing, the parties' request for a continuance is hereby GRANTED, and the conference is hereby CONTINUED from April 2, 2010 to May 28, 2010.  A Joint Case Management Statement shall be filed no later than May 21, 2010.

**IT IS SO ORDERED**.

Dated: March 29, 2010

_____
MAXINE M. CHESNEY
United States District Judge