DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3800
Facsimile:     (415) 554-3985
E-Mail:         jim.emery@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WESTERN REGIONAL ADVOCACY PROJECT, a nonprofit organization, COALITION ON HOMELESSNESS, a nonprofit organization, CALVIN DAVIS, on behalf of himself and all other individuals similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR GAVIN NEWSOM, in his official capacity, BOARD OF SUPERVISORS OF SAN FRANCISCO COUNTY, in its official capacity, and CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No. 3:08-cv-04087-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT |
|---|---|

  The parties have filed a Joint Motion for Preliminary Approval of Settlement Agreement. This motion is presently set for hearing on June 25, 2010 at 9:00 a.m.  Defendants have filed a motion to shorten time for this hearing.  Plaintiffs do not oppose this request.  For good cause shown, the

1  Court hereby GRANTS Defendants' motion.  The Court will hear the Joint Motion for Preliminary

2  Approval of Settlement Agreement on June 4, 2010 at 9:00 a.m.

3         IT IS SO ORDERED.

4  Dated: May 25, 2010

　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge