IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN REGIONAL ADVOCACY PROJECT, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>MAYOR GAVIN NEWSOM, et al.,<br><br>      Defendants. | No. C-08-4087 MMC<br><br>**ORDER VACATING MAY 28, 2010 CASE MANAGEMENT CONFERENCE** |

In light of the pendency of the parties' Joint Motion for Preliminary Approval of Settlement Agreement, the Case Management Conference scheduled for May 28, 2010 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 25, 2010

MAXINE M. CHESNEY
United States District Judge